

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00652-CV

Jose Angel **BECERRA**,
Appellant

v.

**ESTATE OF** Roldan **CHAVEZ** and Leonor Chavez,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-000969-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant Jose Angel Becerra.

SIGNED November 20, 2013.

_____
Rebeca C. Martinez, Justice